United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MANUEL ALEXANDER AJANEL-PEREBAL, § § § Petitioner, § § VS. § KRISTI NOEM, *et al.*, § § Respondents. § | CIVIL ACTION NO. 4:25-CV-05825 |

## ORDER OF DISMISSAL

The petitioner, Manuel Alexander Ajanel-Perebal, filed this petition to challenge his ongoing immigration custody. Respondents advise the Court that, before this petition was filed on December 4, 2025, Ajanel-Perebal was released from custody and removed from the United States on November 28, 2025. *See* Doc. No. 10-1 at 4 (Sworn Declaration of Adriana Boyce). Because Ajanel-Perebal is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake

in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** that this habeas petition is **DISMISSED** without prejudice as **MOOT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ___27th___ day of January 2026.

                                        ANDREW S. HANEN
                                  UNITED STATES DISTRICT JUDGE